UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHN P. HIGGINS, JR., in his official Capacity as Inspector General, U.S. Department of Education,<br><br>Petitioner,<br><br>v.<br><br>TOTAL SYSTEMS SERVICES, INC.<br>1600 First Avenue<br>Post Office Box 2567<br>Columbus, GA  31902-2567<br><br>Respondent. | CASE NUMBER 1:06-mc-00258 (PLF) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Anne E. Langford hereby gives notice of her entry of appearance as counsel in this case for Respondent Total Systems Services, Inc.

DATED: July 13, 2006

Respectfully submitted,

/s/ Anne E. Langford
Anne E. Langford (D.C. Bar No. 492271)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for Total Systems Services, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July 2006, the foregoing Notice of Entry of Appearance was served via first class, postage prepaid, U.S. mail on the following:

>Kenneth L. Wainstein
>United States Attorney
>Rudolph Contreras
>Assistant United States Attorney
>Darrell C. Valdez
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Civil Division
>Washington, D.C.  20530

>/s/ Anne E. Langford
>Anne E. Langford