UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN P. HIGGINS, JR., in his official Capacity as Inspector General, U.S. Department of Education,<br><br>Petitioner,<br><br>v.<br><br>TOTAL SYSTEM SERVICES, INC.<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NUMBER 1:06-mc-00258 (PLF)<br>)<br>)<br>)<br>) |

**RESPONDENT'S STATUS REPORT**

On September 7, 2006, this Court issued an Order granting a consent motion filed by petitioner John P. Higgins, Jr., Inspector General of the United States Department of Education ("Petitioner"), to stay these proceedings until January 15, 2007. The Court simultaneously ordered counsel to "advise the Court in writing of status on or before January 15, 2007." Pursuant to that Order, respondent Total System Services, Inc. ("TSYS" or "Respondent") respectfully submits this Status Report.

In brief, the underlying dispute in this case relates to a routine security audit being conducted by the Office of the Inspector General of the States Department of Education ("OIG") related to the Common Origination and Disbursement System ("COD") of the Department of Education. As relates to COD, TSYS is a subcontractor to the Department's prime contractor, Accenture, LLP. TSYS is responsible for hosting and facilitating the processing of transactions under the COD system. Via administrative subpoena *duces tecum*, OIG sought from TSYS, *inter alia*, the disclosure of internal internet protocol ("IP") addresses – unique identifiers assigned to

computers on TSYS' internal network that allow the identification and exchange of information with other computers on that network. A previous routine security audit of TSYS conducted by OIG (sharing the same stated purposes) was conducted in 2004 without the need for internal IP addresses.

While TSYS disclosed all other information that OIG sought in the most recent subpoena, its objection to providing the internal IP addresses was based in the operation of the internal network in a shared environment – that is, an environment shared with TSYS' other customers (including financial services leaders such as J.P. Morgan Chase and Bank of America). The shared environment contains the highly sensitive consumer data with which those customers have entrusted TSYS, the confidentiality of which TSYS is contractually obligated to maintain. For the reasons explained in full in TSYS' Opposition to the Petition for Summary Enforcement of Administrative Subpoena Duces Tecum (filed July 31, 2006), TSYS objected to the disclosure of the internal IP addresses and the resulting compromise of confidential data.

Petitioner's consent motion, filed August 31, 2006 and following settlement discussions between the parties, correctly noted that a stay in the proceedings was requested jointly with Respondent for the following reason:

> [TSYS] has proposed to settle the matter by transferring Department of Education information over to [a] dedicated computer environment and would disclose internal IP addresses and other necessary information from that dedicated environment for OIG's audit purposes. Respondent anticipates that the transfer to a dedicated environment would be complete by January 15, 2007. Accordingly, the requested stay is necessary to permit Respondent to complete the transfer, and to allow Petitioner the ability to continue in the enforcement of the subpoena matter, should the transfer not occur as promised or should the information transferred not be suitable for OIG's audit purposes.

TSYS hereby respectfully informs this Court that at an outlay of approximately $426,000 (and an expected monthly recurring cost of $7,000), and following the dedication of 4500 hours of employee time to date, it will roll out the above-described technical changes between January 13 and 14, 2007. It anticipates that the dedicated environment will be operational on January 15, 2007. TSYS will provide the OIG with the internal IP addresses of the dedicated system through a supplemental subpoena response during the week of January 15, 2007.

Dated: January 12, 2007                     Respectfully submitted,

/s/ Thomas C. Hill
Thomas C. Hill (D.C. Bar No. 242974)
Anne E. Langford (D.C. Bar No. 492271)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

*Counsel for Respondent Total System Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January 2007, the foregoing Respondent's Status Report was filed electronically and served via first class, postage prepaid, U.S. mail on the following:

>Darrell C. Valdez
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W.
>Civil Division
>Washington, D.C.  20530


>/s/ Thomas C. Hill
>Thomas C. Hill