UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN P. HIGGINS, JR., Inspector General, U.S. Department of Education, | : : : : |
| Petitioner, | : : |
| v. | : Misc. No. 06mc258 (PLF) |
| TOTAL SYSTEMS SERVICES, INC., | : : : |
| Respondent. | : : |

**NOTICE OF DISMISSAL**

  Petitioner, Defendant John P. Higgins, Jr., Inspector General of the U.S. Department of Education, hereby informs the Court that on February 14, 2007, Respondent Total Systems Services, Inc. ("Tsys"), provided the Department of Education with the internal IP addresses and other necessary information from a dedicated computer environment for the Office of Inspector General's audit purposes. Accordingly, the Petitioner notifies the Court that, pursuant to Fed. R. Civ. P. 41(a)(1), the above enforcement proceedings is voluntarily dismissed without prejudice. Each party is to bear its own fees and costs

  Respondent consents to this voluntary dismissal.

        Respectfully submitted,


         /s/ Jeffrey A. Taylor
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney


         /s/ Rudolph Contreras
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney


         /s/ Darrell C. Valdez
        DARRELL C. VALDEZ, D.C. BAR # 420232
        Assistant United States Attorney
        Judiciary Center Building
        555 4th St., N.W., Civil Division
        Washington, D.C.  20530
        (202) 307-2843


OF COUNSEL:

MARY MITCHELSON
Counsel to the Inspector General
HOWARD SORENSEN
Assistant Counsel to the Inspector General
Department of Education
550 12th Street, S.W.
Washington, D.C. 20024

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Petitioner's Notice to the Court has been mailed, postage prepaid, this 27th day of February, 2007 to Thomas C. Hill, Pilsbury, Winthrop, Shaw, Pittman, LLP, 2300 N Street N.W., Washington, D.C. 20037-1122.


         /s/ Darrell C. Valdez
        DARRELL C. VALDEZ
        Assistant United States Attorney